UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-141-1D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>QUINCY OTERRELL LEAKE | ORDER TO SEAL |

On motion of the Defendant, Quincy Oterrell Leake, and for good cause shown, it is hereby ORDERED that the [DE-73] be sealed until further notice by this Court.

SO ORDERED. This **27** day of March 2017.

JAMES C. DEVER III
Chief United States District Judge